UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable John F. Robbenhaar
United States Magistrate Judge

Clerk's Minutes

**CASE NAME:**  *Garces-Wigfall et al v. McKinley County Board of County Commissioners et al*

**CASE NUMBER:**  Civ. No. 22cv703 MIS/JFR

A Rule 16 Settlement Conference was held on Friday, June 28, 2024, before United States Magistrate Judge John F. Robbenhaar.

**Plaintiffs Chamblee Garces-Wigfall, as Mother and Next Friend of her Two Minor Children Raheem King Garces and Ro'MiyahLee Carroll; Coretha Davenport; Beverly Carroll; Ashley Carroll; and Jerry Carroll's Attorney Present:**  Eric D. Dixon

**With Client:**  Chamblee Garces-Wigfall

**Plaintiff Feliz Rael as Personal Representative of the Estate of Lee Carroll's Attorney Present:**  Nicholas Thomas Hart

**With Client:**  Angela Carroll

**Defendants McKinley County Board of County Commissioners, Ronald Silversmith, Dwayne Holder, Shane Bennett and Terrence Willie's Attorneys Present:**  David Anthony Roman
Brandon Huss
Bree Kathlene Barnett

**With Clients:**  John Grant, Senior Adjuster, Association of Counties

Dominique Cartron, County Attorney, McKinley County

**RESULTS OF SETTLEMENT CONFERENCE:**

The case settled pending approval by the County Insurance Authority Board, which is scheduled to meet in August 2024. The parties will provide a status report to the Court immediately following the scheduled meeting regarding the Board's approval and the status of finalizing settlement.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

Four Hours and Ten Minutes

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCASES:**

One Hour and Twenty-Three Minutes