IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIZ RAEL, Personal Representative
Under the New Mexico Wrongful Death Act
for the Estate of Robert Lee Carroll;
CHAMBLEE LABELL GARCES-WIGFALL,
as Mother and Next of Friend for her Two Minor
Children Raheem King Garces and Ro'Miyah
Lee Carroll; CORETHA DAVENPORT;
BEVERLY CARROLL; ASHLEY CARROLL;
and JERRY CARROLL,

    Plaintiffs,

v.

                                                Case No. 1:22-cv-00703-MIS-JFR

THE McKINLEY COUNTY BOARD OF
COUNTY COMMISSIONERS, a political
Subdivision of the State of New Mexico;
McKINLEY COUNTY SHERIFF'S OFFICE,
RONALD SILVERSMITH; McKINLEY
COUNTY SHERIFF, Individually; DWAYNE
HOLDER, Individually; SHANE BENNETT,
Individually; and TERENCE WILLIE,
Individually,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION, APPROVING SETTLEMENT, AND CLOSING CASE

THIS MATTER is before the Court on the Proposed Findings and Recommended Disposition ("PFRD") of United States Magistrate Judge John F. Robbenhaar, issued October 10, 2024. ECF No. 125. Judge Robbenhaar recommends that the Court approve the Parties' settlement, order that the settlement funds obtained for the minor children be conserved and protected as proposed by the Guardian ad Litem, see ECF No. 124, and discharge the Guardian ad Litem from her duties. ECF No. 125 at 5-6. The PFRD provides the Parties with fourteen days to

file objections. Id. at 6. As of the date of this Order, no objections have been filed. Accordingly, it is **HEREBY ORDERED** that:

1. The Proposed Findings and Recommended Disposition issued by United States Magistrate Judge John F. Robbenhaar on October 10, 2024, ECF No. 125, is **ADOPTED**;

2. The Parties' settlement is **APPROVED**;

3. The settlement funds obtained for the minor children shall be conserved and protected as proposed by the Guardian ad Litem;

4. Rachel Higgins is **DISCHARGED** as Guardian ad Litem and is released from all further responsibility in this case;

5. All pending motions are **DENIED AS MOOT**; and

6. This case is now **CLOSED**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE