IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIZ RAEL, Personal Representative
Under the New Mexico Wrongful Death Act
for the Estate of Robert Lee Carroll;
CHAMBLEE LABELL GARCES-WIGFALL,
as Mother and Next of Friend for her Two Minor
Children Raheem King Garces and Ro'Miyah
Lee Carroll; CORETHA DAVENPORT;
BEVERLY CARROLL; ASHLEY CARROLL;
and JERRY CARROLL,

    Plaintiffs,

v.

                                                                                 Case No. 1:22-cv-00703-MIS-JFR

THE McKINLEY COUNTY BOARD OF
COUNTY COMMISSIONERS, a political
Subdivision of the State of New Mexico;
McKINLEY COUNTY SHERIFF'S OFFICE,
RONALD SILVERSMITH; McKINLEY
COUNTY SHERIFF, Individually; DWAYNE
HOLDER, Individually; SHANE BENNETT,
Individually; and TERENCE WILLIE,
Individually,

    Defendants.

## FINAL JUDGMENT

       Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, Approving the Parties' Settlement, and Closing the Case, ECF No. 127, the Court hereby issues its separate judgment finally disposing of this civil case.

                                                                */s/ Margaret Strickland*
                                                             **MARGARET STRICKLAND**
                                                             UNITED STATES DISTRICT JUDGE